UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| BILLY DANIEL BOWLES | ) | **ORDER** |
| TAMMY GAIL BOWLES, | ) | |
| | ) | No. B-08-50065    C-13W |
| | ) | |
| Debtors. | ) | |

The Chapter 13 case of Billy Daniel Bowles and Tammy Gail Bowles (the "Debtors") came before the Court on September 23, 2009 on a motion by Branch Banking & Trust Company ("BB&T") for relief from the automatic stay pursuant to 11 U.S.C. §362 to repossess and liquidate a 2006 Dodge Durango (the "Vehicle"). All interested parties having received proper notice, appearing at the hearing were William V. Bost for the Debtors, Jewel A. Farlow for BB&T, and Vernon J. Cahoon for the Chapter 13 Trustee.

The parties informed the Court that the Debtors do not oppose BB&T's motion; therefore, it is

**ORDERED** that the automatic stay is modified to allow BB&T to repossess and liquidate the Vehicle; and it is further

**ORDERED** that BB&T will have a period until January 4, 2010 to file a deficiency claim after liquidating the Vehicle. Any deficiency claim filed by this deadline will be allowed as filed unless a party in interest objects. Any deficiency claim filed after this deadline will be disallowed; and it is further

**ORDERED** that any net proceeds from liquidation of the Vehicle, after payment of all liens and costs, are to be forwarded to the Chapter 13 Trustee; and it is further

**ORDERED** that the relief provided herein is immediate notwithstanding the provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

PARTIES TO BE SERVED
PAGE 1 OF 1
08-50065     C-13W

BILLY DANIEL BOWLES
TAMMY GAIL BOWLES
2529 RITCHIE RD
CHINA GROVE, NC 28023

WILLIAM V BOST
ATTORNEY AT LAW
P O BOX 4134
SALISBURY, NC 28145-4134

JEWEL A FARLOW
ATTORNEY FOR BB&T
1021 E WENDOVER AVE SUITE 103
GREENSBORO, NC 27405

BRANCH BANKING & TRUST COMPANY
BANKRUPTCY SECT 100-50-01-51
P O BOX 1847
WILSON, NC 27894-1847

KATHRYN L BRINGLE
CHAPTER 13 TRUSTEE
P. O. BOX 2115
WINSTON-SALEM, NC  27102-2115